712

and *C. M. Bracelen* for the Tri-State Telephone & Telegraph Co.; *Messrs. R. S. Wiggin* and *John F. Bonner* for Minneapolis; and *Messrs. J. A. A. Burnquist*, Attorney General of Minnesota, *Alfred W. Bowen* and *George T. Simpson* for Charles Munn, et al., respondents.

No. 555. TEXAS COMPANY *v.* NATIONAL LABOR RELATIONS BOARD. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry T. Klein, James H. Pipkin*, and *Lionel P. Marks* for petitioner. *Solicitor General Biddle, Assistant Solicitor General Fahy*, and *Messrs. Thomas E. Harris, Robert B. Watts, Laurence A. Knapp*, and *Mortimer B. Wolf* for respondent.

No. 559. WILLIAMS *v.* NEW JERSEY-NEW YORK TRANSIT CO. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles H. Tuttle* for petitioner. *Mr. James S. Hays* for respondent.

No. 562. PRESTON *v.* KAW PIPE LINE CO. ET AL. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Earle C. Calhoun, O. B. Martin*, and *Albert L. Orr* for petitioner. *Mr. Jos. G. Carey* for respondents.

No. 566. WHITEMAN *v.* RCA MANUFACTURING CO., INC. ET AL.; and
No. 570. RCA MANUFACTURING CO., INC. *v.* WHITEMAN ET AL. December 16, 1940. Petitions for writs of